SCHIFFMAN LAW OFFICE, P.C.
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Lisa@Schiffmanlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

Robert Baxter,

Plaintiff,

vs.

New York Life Insurance Company; and CBRE Services, Inc. Long Term Disability Benefit Plan,

Defendants.

No. 2:26-cv-01265-DJH

**NOTICE OF VOLUNTARY DISMISSAL – CBRE SERVICES, INC. LONG TERM DISABILITY BENEFIT PLAN**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff gives notice that he voluntarily dismisses CBRE Services, Inc. Long Term Disability Benefit Plan without prejudice. No Answer or other responsive pleading has been filed by Defendant CBRE Services, Inc. Long Term Disability Benefit Plan.

Dated this 17th day of April 2026.

SCHIFFMAN LAW OFFICE, P.C.

By: ______________________________
Lisa J. Counters
*Attorney for Plaintiff*